IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY COUNSELORS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. 1:11-cv-00444 (BAH) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| ) | |
| Defendant, ) | |
| ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

Defendant, the Central Intelligence Agency ("CIA"), respectfully requests an extension of time, until Friday, May 27, 2011, to file a responsive pleading in this case. Responsive pleadings in this action and two related actions (11-cv-00443 and 11-cv-00445) brought by Plaintiff National Security Counsels ("NSC") are currently due on April 3, 2011. The parties have conferred regarding the three related actions and have agreed upon the following proposed responsive pleading schedule:

- a responsive pleading deadline of Friday, May 20, 2011, for case number 11-cv-00443;
- a responsive pleading deadline of Friday, May 27, 2011, for case number 11-cv-00444; and
- a responsive pleading deadline of Friday, June 3, 2011, for case number 11-cv-00445.

There is good cause supporting this motion. NSC's three complaints raise over 45 claims under multiple statutes against six federal agencies. Defendants anticipate filing motions to dismiss at least some of the claims in each of the three actions and the parties propose staggering the responsive pleading deadlines to facilitate briefing the respective motions. The parties have

not previously sought an extension and, because a scheduling order has not been issued in any of the cases, the proposed extensions will not affect other deadlines in the cases.

As mentioned above, the parties met and conferred concerning this motion on March 25, 2011, as required by Local Civil Rule 7(m), and counsel for NSC consented to this motion.

For the reasons set forth above, the CIA respectfully requests that the deadline for the filing of a responsive pleading in this action be extended until Friday, May 27, 2011. A proposed order is attached.

Dated: March 29, 2011                    Respectfully submitted,

                                         TONY WEST
                                         Assistant Attorney General

                                         ELIZABETH J. SHAPIRO
                                         Assistant Branch Director

                                         /s/ Ryan Parker
                                         RYAN PARKER
                                         (Utah Bar # 11724)
                                         Trial Attorney
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         20 Massachusetts Avenue, N.W.
                                         Washington, DC 20530
                                         Tel: (202) 514-4336
                                         Fax: (202) 616-8202
                                         Attorneys for Defendant