# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SECURITY COUNSELORS,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>    Defendant, | No. 1:11-cv-00444 (BAH) |

## DEFENDANT'S PARTIAL MOTION TO DISMISS
## PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Central Intelligence Agency hereby moves to dismiss Counts 2, 3, 4, 5, 6, 7, 11, 12, 13, 14, 15, 16, and 21 of Plaintiff National Security Counselors' First Amended Complaint under Rule 12(b)(1) for lack of subject matter jurisdiction and Rule 12(b)(6) for failure to state a claim upon which relief can be granted. Defendant has filed with this motion a memorandum in support of the motion and a proposed order.

Dated: May 27, 2011

Respectfully submitted,

TONY WEST
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

1

/s/ Ryan Parker
RYAN PARKER
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel: (202) 514-4336
Fax: (202) 616-8202
Attorneys for Defendant