**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL SECURITY COUNSELORS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:11-cv-00444 (BAH) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| ) | |
| Defendant, ) | |

**ORDER**

Defendant Central Intelligence Agency's Partial Motion to Dismiss Plaintiff's First Amended Complaint is hereby GRANTED. Counts 2, 3, 4, 5, 6, 7, 11, 12, 13, 14, 15, 16, and 21 are dismissed.

_____
Beryl A. Howell
United States District Judge

**So Ordered** this ____ day of _____ 2011.