**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL SECURITY COUNSELORS,

Plaintiff,

v.

CENTRAL INTELLIGENCE AGENCY,

Defendant.

No. 1:11-cv-00444 (BAH)

**JOINT STATUS REPORT**

On August 15, 2013, the Court issued an opinion on the parties' cross-motions for summary judgment in the three related actions NSC v. CIA, 11-443; NSC v. CIA, 11-444; and NSC v. CIA *et al.*, 11-445. Following its opinion, the Court issued orders in each of the three related cases. In the Court's opinion and orders, the Court directed the parties to submit a joint status report by Wednesday, September 4, setting forth a list of the records that remain in dispute that identifies each record by document number and proposing a briefing schedule for any further proceedings in this matter. The parties hereby submit this joint status report pursuant to the Court's opinion and orders.

## I. Documents That Remain in Dispute

Plaintiff has provided the following list of documents that remain in dispute, organized by defendant agency.

**CIA**

| | | |
|---|---|---|
| C00047406 | C01323603 | C01407736 |
| C00294086 | C01328080 | C01449521 |
| C00297955 | C01332900 | C01449522 |
| C00301436 | C01333531 | C01449523 |
| C00342747 | C01333782 | C01449524 |
| C00403098 | C01335771 | C01449525 |
| C00410256 | C01336805 | C01449526 |
| C00410257 | C01337366 | C01449527 |
| C00619161 | C01338086 | C01449529 |
| C01081622 | C01340073 | C01459018 |
| C01081644 | C01341147 | C01466347 |
| C01232896 | C01341148 | C01467968 |
| C01243976 | C01341149 | C01489077 |
| C01255579 | C01341150 | C01489442 |
| C01281647 | C01345700 | C01490209 |
| C01283575 | C01345701 | C01493340 |
| C01286325 | C01345702 | C01495919 |
| C01286906 | C01345703 | C01498144 |
| C01299751 | C01349612 | C01499710 |
| C01303991 | C01382703 | C01504213 |
| C01304625 | C01396958 | C01509016 |

C01517334

C01520922

C01525261

C01525262

C01525488

C03141151

C05256860

C05261089

C05262270

C05262636

C05265818

C05266189

C05266449

C05278000

C05280557

C05280731

C05284364

C05289038

C05293324

C05294689

C05294691

C05294692

C05294696

C05295297

C05295331

C05297360

C05297361

C05297362

C05299266

C05301167

C05301975

C05303958

C05332347

C05332348

C05333922

C05336253

C05337217

C05341536

C05342211

C05350555

C05351187

C05351340

C05351341

C05353258

C05354676

C05354703

C05355378

C05356069

C05357615

C05357616

C05357617

C05360945

C05360946

C05360947

C05360948

C05360949

C05360950

C05360951

C05360952

C05360953

C05360954

C05360955

C05360956

C05362492

C05362494

C05362702

| | | |
|---|---|---|
| C05362747 | C05373844 | C05425107 |
| C05363265 | C05375973 | C05430872 |
| C05363815 | C05375987 | C05432142 |
| C05363846 | C05376363 | C05432738 |
| C05365820 | C05378272 | C05444756 |
| C05366059 | C05379446 | C05451522 |
| C05366449 | C05391269 | C05451572 |
| C05366450 | C05393359 | C05458451 |
| C05366473 | C05403192 | C05463583 |
| C05366894 | C05403193 | C05467421 |
| C05366895 | C05403194 | C05469399 |
| C05366902 | C05403195 | C05470226 |
| C05369274 | C05403196 | C05480240 |
| C05369275 | C05403197 | C05486085 |
| C05369276 | C05403198 | C05486310 |
| C05369960 | C05403199 | C05486879 |
| C05371354 | C05403200 | C05492025 |
| C05371430 | C05403201 | C05498760 |
| C05371431 | C05403202 | C05498761 |
| C05371432 | C05403203 | C05499240 |
| C05371433 | C05415516 | C05502643 |
| C05372348 | C05415517 | C05502644 |

C05502645

C05502646

C05502647

C05505008

C05509148

C05512541

C05512542

C05520181

C05520182

C05520185

C05520207

C05520208

C05520209

C05520212

C05520213

C05520214

C05520216

C05520217

C05520218

C05520220

C05520221

C05520222

C05520223

C05520225

C05520226

C05520227

C05520228

C05520230

C05520231

C05520232

C05520233

C05520234

C05520235

C05520236

C05520560

C05520562

C05520564

C05520575

C05520577

C05520579

C05520849

C05523603

C05523604

C05526497

C05526518

C05526520

C05548235

C05548236

C05548237

C05548238

C05548239

C05548240

C05548241

C05548242

C05549677

C05549678

C05549679

C05549680

C05549681

C05549682

C05549685

C05549686

C05549687

C05549688

C05549689

C05549690

| | | |
|---|---|---|
| C05549691 | C05549813 | C05549835 |
| C05549699 | C05549814 | C05549836 |
| C05549700 | C05549815 | C05549837 |
| C05549701 | C05549816 | C05549838 |
| C05549702 | C05549817 | C05549839 |
| C05549703 | C05549818 | C05549840 |
| C05549704 | C05549819 | C05549841 |
| C05549706 | C05549820 | C05549842 |
| C05549707 | C05549821 | C05549843 |
| C05549708 | C05549822 | C05549844 |
| C05549734 | C05549823 | C05549845 |
| C05549735 | C05549824 | C05549846 |
| C05549736 | C05549825 | C05549847 |
| C05549737 | C05549826 | C05549848 |
| C05549738 | C05549827 | C05549849 |
| C05549739 | C05549828 | C05558242 |
| C05549740 | C05549829 | C05558439 |
| C05549741 | C05549830 | C05558447 |
| C05549742 | C05549831 | C05558454 |
| C05549743 | C05549832 | C05558457 |
| C05549810 | C05549833 | C05558458 |
| C05549812 | C05549834 | C05558488 |

| | | |
|---|---|---|
| C05558489 | C05563419 | C05563455 |
| C05563385 | C05563420 | C05563457 |
| C05563386 | C05563421 | C05563458 |
| C05563387 | C05563423 | C05563459 |
| C05563388 | C05563424 | C05563460 |
| C05563389 | C05563425 | C05563462 |
| C05563410 | C05563427 | C05784137 |
| C05563412 | C05563428 | C05784143 |
| C05563413 | C05563429 | C05784144 |
| C05563414 | C05563450 | C05784150 |
| C05563417 | C05563451 | C05936643 |
| C05563418 | C05563452 | |

**DIA**

| | | |
|---|---|---|
| V-1 | V-91 | V-252 |
| V-2 | V-93 | V-257 |
| V-3 | V-116 | V-261 |
| V-4 | V-127 | V-262 |
| V-5 | V-128 | V-263 |
| V-6 | V-129 | V-264 |
| V-7 | V-154 | V-265 |
| V-8 | V-158 | V-266 |
| V-22 | V-251 | V-270 |

| | | |
|---|---|---|
| V-271 | V-282 | V-341 |
| V-272 | V-283 | V-349 |
| V-273 | V-284 | V-422 |
| V-275 | V-285 | V-423 |
| V-276 | V-286 | V-424 |
| V-277 | V-287 | V-425 |
| V-278 | V-288 | V-426 |
| V-279 | V-290 | V-428 |
| V-280 | V-337 | |
| V-281 | V-339 | |

**ODNI**

All withholdings remain in dispute.

**DOJ**

Doc. 3

Doc. 13

The parties disagree about whether there are additional DOJ records that remain in dispute. Plaintiff's Position: Plaintiff interprets the Court's Opinion regarding DOJ records as allowing it the option of providing further evidence of specific prior releases of the remaining Office of Legal Counsel opinions if it can obtain it. The Court stated that, "The burden remains on the plaintiff [to] 'point to specific information in the public domain' that is 'identical to that being withheld,'" using the present tense verb "remains." Mem. Op. at 143 n.73. Had

the Court intended to completely foreclose all discussion regarding the DOJ records, it would have used the past tense verb "remained" rather than leaving open the possibility that Plaintiff could still "'point to specific information in the public domain' that is 'identical to that being withheld.'" *Id.* Accordingly, Plaintiff's counsel will perform a more in-depth search of the National Archives for evidence of prior release of the other DOJ records in the next few weeks and will provide any such evidence he discovers to DOJ in a timely fashion. It is in the interest of judicial economy to conclusively resolve the question of the prior official release and/or waiver of privilege of these 16 records in this case rather than relitigating the question in the context of new, duplicate FOIA requests, especially given the government's stated position that agencies do not have to accept duplicate FOIA requests that do not seek new information. Furthermore, given the Court's guidance regarding Documents 3 and 13, Plaintiff is hopeful that DOJ will process any evidence of prior disclosure or privilege waiver in good faith and not require the Court's involvement.

DOJ's Position: Following the Court's summary judgment decision, Documents 3 and 13 are the only records that remain in dispute. After DOJ moved for summary judgment on all of its withholdings and plaintiff filed its opposition, the Court denied DOJ summary judgment on the portions of Documents 3 and 13 that it found had been publicly disclosed and granted summary judgment to DOJ "in all other respects." ECF No. 55 at 3. Plaintiff has had ample opportunity to locate evidence of additional releases at the Archives. If plaintiff wishes to

continue searching for evidence of releases, plaintiff is free to submit new FOIA requests for the pertinent OLC opinions, along with any additional evidence of release, and OLC will process those requests, taking the additional evidence into account as appropriate.

**II. Proposed Briefing Schedule**

Defendants have begun reprocessing the FOIA requests at issue consistent with the Court's opinion and orders. If there remain issues in dispute after defendants have reprocessed the requests, defendants plan to move for summary judgment on the remaining claims. For the convenience of the parties and the Court, defendants plan to address each of the remaining claims in one motion for summary judgment. Following the Court's opinion and orders, some defendants must conduct additional searches and process responsive records identified during those searches before they can move for summary judgment. As set forth above, there also remain a significant number of records in dispute that must be reprocessed consistent with the Court's order. In addition, defense counsel will be on paternity leave for several weeks beginning in early September. In light of these considerations, the parties propose that defendants move for summary judgment on all of the remaining counts in these three related actions by Friday, January 17, 2014. NSC will file its opposition to defendants' motion by Monday, February 10, and defendants will file their reply by Friday, February 21.

Dated: September 4, 2013 Respectfully submitted,


| STUART F. DELERY<br>Acting Assistant Attorney General<br><br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br>/s/ Ryan B. Parker<br>RYAN B. PARKER<br>(Utah Bar # 11724)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W.<br>Washington, DC 20530<br>Tel: (202) 514-4336<br>Fax: (202) 616-8202<br><br>Attorneys for Defendant | <br>/s/ Kelly B. McClanahan<br>Kelly B. McClanahan, Esq.<br>D.C. Bar #984704<br>National Security Counselors<br>1200 South Courthouse Road<br>Suite 124<br>Arlington, VA 22204<br>301-728-5908<br>240-681-2189 fax<br>Kel@NationalSecurityLaw.org<br>Counsel for Plaintiff |
|---|---|