IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SECURITY COUNSELORS, ) | |
| Plaintiff, ) | |
| v. ) | No. 1:11-cv-00444 (BAH) |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| Defendant. ) | |

**SECOND JOINT MOTION TO AMEND
THE SUMMARY JUDGMENT BRIEFING SCHEDULE**

On May 27, 2104, the Court entered a Minute Order granting the parties' Joint Motion to Amend the Summary Judgment Briefing Schedule. In its Minute Order, the Court directed defendants to file any reply in support of their motion for summary judgment and any opposition to plaintiff's cross-motion for summary judgment by August 21, 2014, and directed plaintiff to file any reply in support of its cross-motion for summary judgment by September 16, 2014. The parties now jointly move the Court to amend the summary judgment briefing schedule again.

The parties have good cause for this motion. Over the last several weeks, the parties have engaged in settlement negotiations that have significantly narrowed the issues that remain in dispute in this case and the related case, *NSC v. CIA et. al*, Case No. 11-445. For example, the parties have successfully addressed the last disputed issues and have resolved Plaintiff's claim against the Department of State. As Defendants are in the process of taking additional steps that the parties hope will further narrow the issues in dispute, the parties jointly request that the Court amend the current summary briefing schedule as follows:

1

- Defendant shall by October 7, 2014, file any reply in support of its motion for summary judgment and any opposition to Plaintiff's first and second cross-motions for summary judgment; and

- Plaintiff shall by October 28, 2014, file any reply in support of its first and second cross-motions for summary judgment.

The parties' proposed amendment to the briefing schedule will allow Defendant to complete the actions it has undertaken and give the parties the time they need to conclude their negotiations and brief any remaining issues. The parties are intent on concluding this litigation in a timely and efficient manner and do not anticipate requesting any further amendments to the summary judgment briefing schedule.

Dated: August 15, 2014                                        Respectfully submitted,

| | |
|---|---|
| STUART F. DELERY<br>Assistant Attorney General<br><br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br>*/s/Ryan B. Parker*<br>RYAN B. PARKER<br>(Utah Bar # 11724)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W.<br>Washington, DC 20530<br>Tel: (202) 514-4336<br>Fax: (202) 616-8202<br><br>Attorneys for Defendant | /s/*Kelly b. McClanahan*<br>Kelly B. McClanahan, Esq.<br>D.C. Bar #984704<br>National Security Counselors<br>1200 South Courthouse Road<br>Suite 124<br>Arlington, VA 22204<br>301-728-5908<br>240-681-2189 fax<br>Kel@NationalSecurityLaw.org<br>Counsel for Plaintiff |